ANDRÉ BIROTTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division                     JS 6
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA, CSB # 274184
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3391
   Facsimile:  (213) 894-7177
   E-mail: john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>$948,518.50 seized from Cathay Bank account ***4778,<br><br>              Defendant. | No.  CV 11-10110-DSF (PLAx)<br><br>**CONSENT  JUDGMENT OF FORFEITURE** |
| B&M SEAFOOD INC., dba DAILY SEAFOOD,<br><br>              Claimant. | |

This action was filed on December 7, 2011.  Notice was given and published in accordance with law.  Claimant, B&M SEAFOOD INC., dba DAILY SEAFOOD ("Claimant" or "B&M"), the corporation from whose bank account defendant $948,518.50 in U.S. Currency ("Defendant Funds") was seized, filed a timely claim for return of the Defendant Funds.  No other claims were filed, and the time in which to file claims has expired.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action, and have stipulated and requested that judgment be entered on the following terms.

Good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      This Court has jurisdiction over Plaintiff, the Defendant Funds, Claimant and the subject matter of this action.

2.      Notice of this action has been given in accordance with law.  All potential claimants to the Defendant Funds other than B&M are deemed to have admitted the allegations of the Complaint.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.      The Department of the Treasury shall calculate the amount of interest (actual or constructive) earned on the Defendant Funds through the date of disbursement pursuant to this Consent Judgment.  The United States of America shall have judgment as to $350,000.00 of Defendant Funds plus any interest earned thereon.  No other person or entity shall have any right, title or interest in the funds awarded to the United States.  The Department of Treasury is ordered to dispose of said assets in accordance with law.

4.      The remainder of the Defendant Funds (*i.e.*, $598,518.50) plus any interest earned thereon shall be paid to B&M promptly after entry of this judgment.  B&M and its counsel shall provide, in writing, the information

1  necessary for the government to make the payment called for herein by

2  electronic funds or wire transfer in accordance with federal law.

3       5.    The United States of America, its agencies, agents, and officers,

4  including employees and agents of the Internal Revenue Service and local or state

5  law enforcement officers cross-designated as agents of the United States, are

6  released from any and all claims, actions or liabilities arising out of or related to

7  this action, including, without limitation, any claim for attorney's fees, costs or

8  interest that may be asserted on behalf of Claimant, whether pursuant to 28

9  U.S.C. § 2465 or otherwise.

10       6.    The Court finds that there was reasonable cause for the seizure of the

11  defendant funds and institution of these proceedings.  This judgment shall be

12  construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

13

14  Dated:  9-17-12

15  _____

16          HON. DALE S. FISCHER

17          UNITED STATES DISTRICT JUDGE

18  Presented by:

19  ANDRÉ BIROTTE, JR.
    United States Attorney

20  ROBERT E. DUGDALE

21  Assistant United States Attorney
    Chief, Criminal Division

22  STEVEN R. WELK

23  Assistant United States Attorney
    Chief, Asset Forfeiture Section

24

25  By _____/s/_____

26  John Kucera
    Assistant United States Attorney

27  Attorneys for Plaintiff,
    UNITED STATES OF AMERICA

28